In the Matter of the Probate of the Will of THOMAS BRADY, Deceased. JULIA TAFFET, Respondent; JOHN H. HELLER, Appellant.— Order of the Surrogate's Court, Kings County, granting contestant's motion for permission to take part in an examination before trial of the proponent, under a prior order of the Surrogate's Court, modified on the law and the facts by striking therefrom the provision limiting the examination to three years prior to the date of the execution of the propounded instrument and inserting in place thereof a provision that the examination shall cover the period from 1931 to the date of decedent's death. As thus modified, the order, insofar as appealed from, is affirmed, with $10 costs and disbursements to the appellant, payable out of the estate. Special circumstances appear in this record which require the granting of an examination for a longer period than is allowed in the ordinary case and under the general rule. (*Matter of Dale*, 159 Misc. 578; *Matter of O'Brien*, 45 N. Y. S. 2d 682; *Matter of McAvoy*, 69 N. Y. S. 2d 136.) Lewis, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

NAN R. PATTERSON, Respondent-Appellant, v. JEROME PATTERSON, Appellant-Respondent.— In an action for divorce, order denying plaintiff's motion to amend the final decree modified by striking out everything following the words "hereby is" and by substituting in place thereof a paragraph providing that the motion be granted to the extent of directing an addition to the final decree of a decretal paragraph stating that inasmuch as the plaintiff has furnished proof of the sale of the Scarsdale property the defendant shall pay the plaintiff $350 per month commencing December 12, 1947. As thus modified, the order, insofar as appealed from, is affirmed, without costs and without prejudice to any further application, as plaintiff may be advised. We construe the final decree as requiring an increase in the award as of the date of proof of sale of the real property; and we hold that plaintiff's affidavit herein is sufficient proof. The papers do not disclose grounds for a further increase in the award. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur. Settle order on notice.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BENITO SEREGO, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting him of a violation of section 1140 of the Penal Law and fining him $250 or to serve sixty days in City Prison and, in addition, sixty days in the Workhouse, execution of which latter portion of the sentence is suspended during good behavior. Judgment unanimously affirmed. No opinion. Present— Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ.